**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

TARIQ RICK RAHIM,

          Debtor.

Case No. 26-10092-BFK
Chapter 13

## ORDER DISMISSING CASE WITH PREJUDICE

On February 19, 2026, the Court held a hearing on its Order for Debtor to Appear and Show Cause Why Case Should Not Be Dismissed with Prejudice.  Docket No. 15.  The Court set this hearing *sua sponte* on account of the Debtor's recent criminal conviction in both the Western and Eastern Districts of Virginia and questioned whether the Debtor could propose a confirmable plan in this case, or whether this bankruptcy case was filed solely for the purpose of delay. When the appointed time for the hearing arrived, Thomas P. Gorman, the Chapter 13 Trustee, was present at this hearing.  The Debtor did not appear.

The Court finds that the Debtor's filings are abusive of the bankruptcy system, and that the Debtor has filed this bankruptcy case solely with the intent to delay and hinder creditors, and without the intent to rehabilitate his finances. For this reason, in addition to those stated from the bench, it is hereby

    **ORDERED**:

    1.    The Debtor's case is **DISMISSED with prejudice**, and the Debtor shall be barred from refiling a bankruptcy case in this court for a period of **one year**.

    2.    The Debtor is advised of the right to appeal by filing a Notice of Appeal with the Clerk of the Bankruptcy Court within fourteen (14) days of entry of this Order.

3.      The Clerk will mail a copy of this Order, or give CM-ECF notice of its entry, to

the parties listed below.

Date: Feb 20 2026                                      /s/ Brian F Kenney
                                                HONORABLE BRIAN F. KENNEY
Alexandria, Virginia                            CHIEF U.S. BANKRUPTCY JUDGE

Copies to:                                      Entered On Docket: Feb 20 2026

Tariq Rick Rahim
634 River Bend Rd
Great Falls, VA 22066
*Chapter 13 Debtor, Pro Se*

Thomas P. Gorman
1414 Prince St.
Suite 202
Alexandria, VA 22314
*Chapter 13 Trustee*

Matthew W. Cheney
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee*

2