## Notice of Appeal:

Rick Rahim
634 River Bend Road
Great Falls, Virginia  22066

March 9, 2026

United States Bankruptcy Court
Easter District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA  22314

Case # 26-10092-BFK

I hereby appeal the decision of the court in the above captioned case and respectfully request the court to amend its order allowing me to refile without prejudice—but only in the event I am represented by counsel.

The case is clearly too complex to proceed prose.  I accept that I should be barred with prejudice for a period of one year from pro se filing.

Respectfully submitted,

Rick Rahim