**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**TO:**   Tariq Rick Rahim
634 River Bend Rd
Great Falls, VA 22066

**In re**   Tariq Rick Rahim

**Case No.**   26-10092-BFK

**Chapter**   13

### CLERK'S OFFICE COMMUNICATION:

___   Your request for a certified copy of an order has been received.  Please submit certification fee in the amount of $12, plus $.50 per page to photocopy order,  payable to "Clerk, U. S. Bankruptcy Court."

___   The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

___   Your inquiry has been received.  Please submit a search fee in the amount of $34, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

___   Your request for photocopies has been received.  Please see below for any additional details or instructions.

___   The name and address of the Trustee (or Attorney for Debtor) in this case is:
_____
_____

✓   This case was closed on _____March 9, 2026_____.  Document filed in closed case.  No action taken.

___   The  <Sel.>has determined that the date, time and/or location in the Notice of Hearing is either omitted, incorrect, or does not comply with the applicable rules.  The hearing will not appear on the Court docket.

___   The following papers are returned to you:

___

CLERK, UNITED STATES BANKRUPTCY COURT

Date:  __March 11, 2026_____

By __/s/ Alexandria Jeffers_____   __703-258-1232__
Deputy Clerk                         Telephone Number

[clksofccomm ver. 12/23]